# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| PATRICK DAVIS, | No. 4:17-CV-00818 |
|---|---|
| Plaintiff, | (Judge Brann) |
| v. | |
| JOHN and JANE DOES, *et al.*, | |
| Defendants. | |

## ORDER

**FEBRUARY 19, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motions to compel, ECF Nos. 48, 50, 53, 56, 57, 58, 59, 61, 67, and 87 are **DENIED WITHOUT PREJUDICE**;

2. Discovery shall be completed by April 1, 2020. In accordance with Local Rule of Court 5.4(b), the parties shall not file discovery requests with the Court; and

3. Dispositive motions shall be filed by May 1, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge