IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN and JANE DOES, *et al.*,<br><br>    Defendants. | No. 4:17-CV-00818<br><br>(Judge Brann) |

# ORDER

### MARCH 31, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment, Doc. 96, is **GRANTED**;

2. Plaintiff's state law claims of assault, battery, negligence, and negligent infliction of emotional distress are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction pursuant to 28 U.S.C. § 1367(c)(1);

3. Defendants John and Jane Does, Internal Security Officers, Internal Intelligence Officers, Gang Affiliation Officers, Post Officers, Miller, Chaplain John Doe, SNU Unit Managers, Program Review Committee Members, Deputy of Security, Deputy of Centralized Services, Deputy of Facility Management, and Gang Unit Supervisors Central Office are **DISMISSED WITHOUT PREJUDICE**;

4. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants Tice, Harrish, Plummer, Smith, Johnston, McCoy, Coley, Houser, German, Walters, Fogel, Thomas, Oliver, Barnacle, Smeal, and Wetzel and as against Plaintiff on all claims remaining; and

5.   The Clerk of Court is directed to **CLOSE** this matter.

                                                  BY THE COURT:

                                                  *s/ Matthew W. Brann*
                                                  Matthew W. Brann
                                                  United States District Judge